**Attachment 4 - Motion to Proceed *in Forma Pauperis***

AO 240   (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

## UNITED STATES DISTRICT COURT   F I L E D

for the

Western District of Texas

MAY 21 2024

Michael Leon Ford

*Plaintiff*

)
)
)
)
)

Civil Action No.

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

v.

Fng USA Llc

*Defendant*

## SA24CA0530 FB

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____N|A_____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name.   I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.*   If I am employed, my employer's name and address are:


My take-home pay or wages are: ___−0−___ per *(specify pay period)* ___−0−___ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

① Staff Zone Temp very little work
② Hire Quest Temp very little work

Rev. Ed. October 26, 2017

33

AO 240   (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4.  Amount of money that I have in cash or in a checking or savings account:

—0—

5.  Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

—0—   no

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

all my bills are about 7 months behind (1) one main-fin, (2) world fin (3) security finance, (4) speedy cash

7.  Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

8.  Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

One main fin $ 10,000 est    Citi Bank Credit card
World Fin    $ 1,500    1,600
Security Fin    $ 2,000    Tangent Card 300.00
Speedy Cash    $ 00.00

*Declaration:*   I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:  05-21-2024          Michael Leman 2nd
                                    *Applicant's signature*

Rev. Ed. October 26, 2017

34

Michael Leon Ford

*Printed name*

Rev. Ed. October 26, 2017

35

**Attachment 5 - Application to Proceed *In Forma Pauperis* and Financial Affidavit in Support (Austin Division ONLY)**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

michael Leon Ford                                    §
                                                     §
V.                                                   §   Case No. _____
                                                     §
Frg USA LLC                                          §
                                                     §

**APPLICATION TO PROCEED IN FORMA PAUPERIS
AND FINANCIAL AFFIDAVIT IN SUPPORT**

I, ___michael Leon Ford_____
declare that I am the Applicant in the above-entitled proceeding.   I am requesting permission to proceed without being required to prepay fees, costs, or give security therefor. In support of my application, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor and I believe I am entitled to relief. The nature of my action is briefly stated as follows:

_____

In further support of this application, I answer the following questions:

**Applicant's Name:** michael Leon Ford

**Applicant's Home Address:** 1 Haven for Hope way San Antonio, Texas, 78207

**Questions Regarding Ability to Pay**

**Employment:**

Are you now employed?   Yes ☐    No ☑    Am Self Employed ☐

If yes, how much do you earn per month?   $ _____ – 0 –_____

If no, give month and year of last employment: _– 0 · Jan, 2 -2024___

How much did you earn per month?   $ _____

                                                                    **36**

**Rev. Ed. October 26, 2017**

Name and Address of current or prior employer: _____ N/A _____

_____

If married, state Spouse's name: _____ N/A _____

Is your Spouse employed?    Yes ☐  No ☑

If working, how much does your spouse earn?   $ _____ 0 - n/A _____

Do you receive any funds from relatives or for child support?   If so, how much per month do you

receive?   $ _____ 0 - _____

**Other Income**:

Have you received within the past 12 months any income from a business, profession or other form

of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity

payments (such as Social Security benefits), or other sources, including government benefits (such

as A.F.D.C. or Social Security disability benefits)?     Yes ☐     No ☑

If yes, give the amount and identify the sources:

| Received | Sources |
|---|---|
| $ _____ | Staff Zone / no work most days |
| $ _____ | Hire Quest / no work most days |
| $ _____ | Prior Job very little money |
| $ _____ | _____ |

**Rev. Ed. October 26, 2017**

37

**Cash:**

Have you any cash on hand or money in savings or checking accounts?    Yes ☐ No ☑

If yes, state total amount:   $ _____midland Texas Teachers Credit Union_____
_____Cred —0— Bal_____

If neither you nor your spouse receive income of any kind, how are you able to pay for food and

shelter?

_____no_____

**Property:**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property

(excluding ordinary household furnishings and clothing)?    Yes ☐ No ☑

If yes, give value and describe it and say in whose name the property is registered.

| Value | Description |
|-------|-------------|
| $ —0— | —0— |
| $ —0— | —0— |
| $ —0— | —0— |
| $ —0— | —0— |

**Family Status and Dependents:**

Marital Status:    Single ☑  Married ☐    Widowed ☐  Separated ☐  or  Divorced ☐

Total Number of Dependents: _____—0—_____

Are any of your dependents employed?   If so, where:
_____n/A_____

How much do your dependent(s) earn monthly?   $ _____n/A_____

**Rev. Ed. October 26, 2017**

List persons you actually support, your relationship to them:

nua / no

Do you pay alimony or child support or any other court-ordered payments?   Yes ☐   No ☑

If yes, list how much and describe:

no / none

## Monthly Debts of Applicant and/or Dependents

Type of Debt                                Name of Creditor
                                            Total Debt
                                            Payment    Bal est

One main Finc                               416.00 / 10,000,
World Finc.                                 $ 1,400.00 / 165.00
Regional Tin                                $ 800.00 / 155.00

World Fin                                   $
Speedy Cash                                 $ 800.00  188.00

C H Y Bank Credit card                      $ 1,000.00
Target card                                 $ 362.00

                                            $
                                            $

## Monthly Expenses of Applicant and/or Dependents

Rent or House Payment:        $ -0-

Electric & Water Bills:       $ -0-

Gas:                       $ -0-

Phone:                     $ 25.25

Insurance:                    $ -0-

For what purpose: _____

Rev. Ed. October 26, 2017

39

Prescriptions: $ _____-0-_____

    For what purpose: _____

Transportation/Car Payments: $ _____-0-_____

    For what purpose: _____

Medical Bills: $ _____-0-_____

    For what purpose: _____

Legal Bills: $ _____

    For what purpose: _____

Loans: $ _____-15,000_____

    For what purpose: _____

Miscellaneous: $ _____

    For what purpose: _____

Is there any more information the Court should consider in making its determination?

_____

_____

_____

_____

_____

_____

**40**

## AFFIDAVIT OF APPLICANT

I declare under penalty of perjury the above answers and statements to be true and correct to the best of my knowledge. I understand that this affidavit will become an official part of the United States District Court files and that any false or dishonest answer or statements knowingly made by me in this Financial Affidavit are illegal and may subject me to criminal penalties, including any applicable fines or imprisonment, or both.

Signature: _Michaellemford_

Printed Name: _Michaellean Ford_

Date: _05-21-2024_

Rev. Ed. October 26, 2017

41