IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MICHAEL LEON FORD, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. SA-24-CA-530-FB |
| | § | |
| FNG USA LLC, | § | |
| | § | |
| *Defendant*. | § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

Before the Court is the Report and Recommendation of United States Magistrate Judge (docket no. 8) filed in the above-captioned cause on July 23, 2024. (Docket no. 8). The extended deadline for Plaintiff to file objections to the Report and Recommendation was September 30, 2024. (Docket no. 14). To date, no objections to the Report and Recommendation have been received.

Because no party has objected to the Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). The Court has reviewed the Report and Recommendation and finds its reasoning to be neither clearly erroneous nor contrary to law. *United States v. Wilson,* 864 F.2d 1219, 1221 (5th Cir.), *cert. denied,* 492 U.S. 918 (1989).

IT IS THEREFORE ORDERED that the Report and Recommendation of United States Magistrate Judge (docket no. 8) is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that Plaintiff's claims are DISMISSED for failure to state a claim pursuant to 28 U.S.C. § 1915(e) and/or failure to follow a court order pursuant to Federal Rule of Civil Procedure 41(b).

IT IS FURTHER ORDERED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 18th day of November, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE

.